# **<u>EXHIBIT A</u>**

## THE CREED

ASHES TO ASHES, DUST TO DUST.

THE WHALES HAVE EARNED THERE MONEY FOR US.

A MILLION OR HALF, NO LESS THAN A QUARTER,

WE SMILE AND DIAL AND ASK FOR THE ORDER

ALWAYS BE CLOSING THE LEADS WE ARE GIVEN,

NEVER FORGET HOW FAT THEY ARE LIVING.

THEY CLAIM THEY'ER NOT LIQUID AND THEY'ER NOT BUYING STOCK.

BUT THAT'S JUST FUCKIN BULLSHIT, THEY'ER PULLING OUR COCKS.

WE WON'T LET THEM LIE AND WE WONT LET THEM FAKE IT,

THEY'VE GOT OUR MONEY AND IT'S OUR JOB TO TAKE IT.

10 TO 20 LEADS, A BRAND NEW ACCOUNT.

AT LEAST $5,000 GROSS EVERYDAY WE WILL COUNT.

I'M WORTH A BILLION, I HAVE A MILLION DOLLAR HOME,

A HUNDRED K CAR, AND 10 MILLION TO LOAN.

I'M BULIDING A BUSINESS THAT'S SECOND TO NONE.

THE GAME IS NOT OVER UNTIL I HAVE WON.

THESE ARE MY GOALS, THIS IS MY CREED

FUELING THE FIRE IS MY ONLY SENSE OF GREED.

WE'LL POUND THE PHONE AND WITH A LITTLE BIT OF LUCK.

WE'LL MAKE A TON OF MONEY AND WON'T GIVE A FUCK.