# **EXHIBIT B**

## **EXHIBIT B**

The defendants' coordinated pump and dump activity artificially inflated the share price of the Manipulated Public Companies. For the issuers referenced in Count One of the indictment, the defendants fraudulently increased the share price by a total of more than $147,000,000, as follows:

- The defendants increased the price of NWMH from $1.00 in February 2015 to an artificial high of $1.98 in May 2015. There were at least 60 million shares outstanding and, accordingly, the defendants fraudulently inflated the value of the company's stock by a total of $58,800,000. (See PSR ¶ 41).

- The defendants increased the price of CESX from $2.00 in March 2014 to an artificial high of $2.71 in April 2014. There were at least 46,525,000 shares outstanding and, accordingly the defendants fraudulently inflated the total value of the company's stock by $33,032,750. (See PSR ¶ 44).

- In a second, subsequent pump, the defendants increased the price of CESX from $0.83 in August 2015 to an artificial high of $1.01 in September 2015. There were at least 46,730,000 shares outstanding and, accordingly, the defendants fraudulently inflated the total value of the company's stock by $8,411,400. (See PSR ¶ 46).

- The defendants increased the price of GRLD from $0.85 in July 2015 to an artificial high of $1.47 in September 2015. There were at least 18,040,000 shares outstanding and, accordingly, the defendants fraudulently inflated the total value of the company's stock by $11,184.800. (See PSR ¶ 49).

- The defendants increased the price of HECC from $1.02 in November 2015 to an artificial high of $2.53, also in November 2015. There were at least 20,964,000 shares outstanding and, accordingly, the defendants fraudulently inflated the total value of the company's stock by $31,655,640. (See PSR ¶ 52).

- The defendants increased the price of ICEIF from $0.60 in February 2016 to an artificial high of $2.29 in June 2016. There were at least 2,767,000 shares outstanding and, accordingly, the defendants fraudulently inflated the total value of the company's stock by $4,676,230. (See PSR ¶ 55).